# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 11, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157467(12)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DARIUS JOVAN JONES,
      Defendant-Appellant.

_____/

SC: 157467
COA: 341840
Wayne CC: 17-003202-FC

On order of the Chief Justice, the motion of defendant-appellant to file a supplement to the application for leave to appeal is GRANTED. The supplement submitted on June 4, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 11, 2018



Clerk